*J. L. Worden, J. Morris,* and *J. Colerick,* for appellee.

———————————◆———————————

BLAKE *v.* THE INDIANAPOLIS AND ST. LOUIS R. R. Co.

APPEAL from the Hendricks Circuit Court.

PETTIT, J.—In all legal aspects, this case is the same as *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante,* p. 185; and on the authority of that, the judgment in this is in all things affirmed, at the costs of the appellant, with five per cent. damages.

*W. A. McKenzie,* for appellant.

*L. Ritter* and *M. A. Osborn,* for appellee.